



Rod Danielson
Chapter 13 Trustee
3435 14th Street
Suite 100
Riverside, CA  92501

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| In Re<br>RONALD G LEYVA<br><br>14323 WHITE BARK CT<br><br>CHINO, CA 91710<br><br><br>Debtor(s) | Case No. RS04-20354-MJ<br><br>ORDER DISMISSING CHAPTER 13 CASE<br>WITH 180-DAY BAR AGAINST REFILING<br><br>HEARING DATE: October 20, 2004<br>TIME: 2:30 PM<br>COURTROOM: 302 |
|---|---|

The above named debtor(s), having filed a petition for relief in accordance with the provisions of Chapter 13 of the Bankruptcy Code on September 10, 2004   and said petition coming on for confirmation, evidence being offered and received and the Judge being fully advised in the premises, it is hereby,

ORDERED AND NOTICE GIVEN

That this proceeding under Chapter 13 is dismissed;

Pursuant to 11 USC 109(g), the debtor(s) are hereby enjoined from filing a subsequent petition for 180 days from the date of this Order.

Dated: 10/21/04

Bankruptcy Judge

FG:097 - 10/21/2004 - JF