ROD DANIELSON, CHAPTER 13 TRUSTEE
3435 14th Street
Suite 100
Riverside, CA 92501
(951) 826-8000

**FILED**
DEC 16 2004
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY CC Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In Re:

RONALD G LEYVA
14323 WHITE BARK CT

CHINO, CA 91710
DEBTOR(S)

Case No.: RS04-20354-MJ

# FINAL REPORT AND ACCOUNT

Case Filed On:  
Fri Sep 10, 2004

Plan Confirmed On:

Case Concluded On:  
Fri Oct 22, 2004

THIS CASE WAS DISMISSED BEFORE CONFIRMATION.

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt, and of all distributions through the above referenced Plan. Copies of these detailed records have been filed with the Court and are incorporated by reference in this report.

**RECEIPTS:** Amount paid to the Trustee by or for the Debtor for the benefit of Creditors:   $   .00

| DISTRIBUTIONS TO CREDITORS NAME OF CREDITOR | CLASS | CLAIM AMOUNT | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| 0001/302720 INDYMAC BANK FSB | CLAIM NOT FILED 40,260.20 | | .00 | .00 | .00 |
| 0002/302720 INDYMAC BANK FSB | CLAIM NOT FILED 13,484.16 | | .00 | .00 | .00 |
| 0003/441066 DISCOVER FINANCIAL SERVICES | CLAIM NOT FILED 11,404.83 | | .00 | .00 | .00 |

Refunded to Debtor:

**RONALD G LEYVA**

Closed Case Refund: .00  
Other Refund: .00

Case 6:04-bk-20354-MJ    Doc 43-1    Filed 12/16/04    Entered 12/16/04 00:00:00    Desc
Main Document    Page 2 of 2

RS04-20354-MJ

## SUMMARY OF CLAIMS ALLOWED AND PAID

| TYPE OF CLAIM | SECURED | PRIORITY | UNSECURED * | LATE | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 53,744.36 | .00 | .00 | .00 | .00 | 53,744.36 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 | .00 |

*The amount allowed reflects the percentage due pursuant to the Plan.
Percentage to unsecured creditors is .00%.

TOTAL PAID - PRINCIPAL AND INTEREST        .00

## DISBURSEMENTS PURSUANT TO AN ORDER OF THE COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| PRO PER | .00 | .00 |

## COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION

| TRUSTEE NOTICE FEES | TRUSTEE'S EXPENSE & COMPENSATION FUND | COURT NOTICE FEES | TOTAL COST & EXPENSE |
|---|---|---|---|
| .00 | .00 | .00 | .00 |

## SUMMARY

| | |
|---|---|
| Receipts - Amount Paid to Trustee by Debtor | .00 |
| Total Paid to Principal & Interest | .00 |
| Refund to Debtor | .00 |
| Paid to Debtor's Attorney | .00 |
| Court Cost & Other Expenses of Administration | .00 |
| Total Disbursements | .00 |
| Remaining Funds on Hand | .00 |

I, Rod Danielson, the Chapter 13 Trustee, certify that this Final Report and Account is a true and accurate record of the estate to the best of my knowledge, information and belief. I hereby certify that the estate has been fully administered.

I pray that a final decree be entered discharging me as Trustee, and that my Trustee's Bond be exonerated.

_____
Rod Danielson, Chapter 13 Trustee

My name is    TONY HO, I am a citizen/legal resident of the United States, I am over eighteen and I am currently employed by Rod Danielson, Chapter 13 Trustee, in the County of Riverside. I hereby certify under penalty of perjury that a copy of this Final Report and Account was mailed to the Debtor and Debtor's Counsel, if any.

Executed on: 12/15/2004

_____
Tony Ho